```
SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIA L. REESE (Cal. Bar No. 298580)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6681
     Facsimile: (213) 894-0141
     E-mail:    julia.reese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 16-CR-00259-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR PROTECTIVE ORDER; DECLARATION OF JULIA L. REESE |
| v. | |
| MARIO VALDEZ, aka "Largo," | [Proposed Protective Order Filed Concurrently Herewith] |
| Defendant. | TRIAL DATE: June 13, 2017 at 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Julia L. Reese, hereby files this ex parte application for issuance of a protective order in the above-captioned matter.

///
///
///
///

1. This application is based upon the attached declaration of Julia
2. L. Reese, the Proposed Protective Order filed concurrently herewith,
3. the files and records in this case, and such further evidence and
4. argument as the Court may permit.

5. Dated: May 10, 2017                    Respectfully submitted,

6.                                        SANDRA R. BROWN
                                          United States Attorney
7.
                                          LAWRENCE S. MIDDLETON
8.                                        Assistant United States Attorney
                                          Chief, Criminal Division
9.

10.                                             /s/ Julia L. Reese
                                          JULIA L. REESE
11.                                       Assistant United States Attorney

12.                                       Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

**DECLARATION OF JULIA L. REESE**

I, Julia L. Reese, declare as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office in the Central District of California.

2. I am the attorney for the government in United States v. Mario Valdez, CR 16-00259-JFW.

3. Defendant Mario Valdez ("defendant") is charged with (1) one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846; and (2) one count of distribution of, and aiding and abetting the distribution of, methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), and 18 U.S.C. § 2(a). The indictment was filed on April 15, 2016.

4. Defendant was arraigned on May 4, 2017, and was ordered detained pending trial.

5. A trial setting was held before the Honorable John F. Walter on May 8, 2017, at 8:30 a.m. At that time, defendant's trial was scheduled for June 13, 2017, at 8:30 a.m.

6. On May 8, 2017, the government hand delivered initial discovery to defense counsel at the above referenced trial setting. On May 9, 2017, the government made a supplementary production to defense counsel. To date, the government has produced 55 pages of document-based discovery and one audio recording that is approximately 141 minutes long. Additionally, the government has agreed to make all discovery items available for inspection upon request.

7. The government noted at the above referenced trial setting that it was in possession of additional discovery that includes information regarding the identity of a confidential informant who

3

participated in the alleged methamphetamine transaction with defendant, as described in the Indictment.

8. The parties conferred via email and telephone regarding a proposed protective order on May 8 and May 9, 2017.

9. The parties are currently in general agreement on the terms of the government's Proposed Protective Order. However, defense counsel objects to paragraph 4 because it does not permit members of his defense team to review Protected Information with defendant outside of defense counsel's presence.

10. Counsel for defendant has expressed to me his objection with this provision. Counsel expressed a concern because it would not allow him to send members of his defense team, such as his paralegal or investigator, the discovery to review with defendant outside of defense counsel's presence.

11. In response to defense counsel's concerns, I replied that the restrictions reflected in paragraph 4 of the Proposed Protective Order are designed to ensure the safety of the confidential informant, balanced against the need for defense counsel to have the information in order to prepare for trial.

12. The government has a strong interest in protecting the identities of confidential informants. Confidential informants, such as the one involved in this case, place themselves at risk by providing information to and cooperating with the government to investigate misconduct. The disclosure of identifying information further threatens their safety and well-being, because they may be directly targeted by the individuals and criminal organizations they have helped to investigate.

13. The government's interest in protecting the safety and well-being of each individual confidential informant is inextricably tied to its strong interest in effective law enforcement as a general matter. A failure to protect the safety and well-being of confidential informants by adequately protecting their identities would quell future cooperation, with respect to both the confidential informants placed directly at risk by the disclosure of their identities and individuals who might consider assisting law enforcement if their identities could be adequately protected.

14. Counsel for defendant and I have conferred on this outstanding issue, and we agreed that government would present this issue for resolution by the Court by way of this <u>ex parte</u> application, to which defendant would have the opportunity to object.

15. The government respectfully requests that the Court issue the Proposed Protective Order, as filed concurrently herewith. To the extent the Court is inclined to reject the Proposed Protective Order, or to strike the contested portion, the government requests leave to file a brief response, and to request a hearing as necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration is executed at Los Angeles, California, on May 10, 2017.

JULIA L. REESE
Assistant United States Attorney